**CENTER FOR AUTO SAFETY, et al.**

v.

**Lee M. THOMAS, Administrator, U.S. Environmental Protection Agency, et al.**

**No. 85–1515.**

United States Court of Appeals, District of Columbia Circuit.

Feb. 6, 1987.

Before WALD, Chief Judge, and ROBINSON, MIKVA, EDWARDS,

GINSBURG, BORK, STARR, SILBERMAN, BUCKLEY, WILLIAMS and GINSBURG, Circuit Judges.

## ORDER

PER CURIAM.

The suggestion for rehearing *en banc* of intervenors General Motors Corporation and Automobile Importers of America, Inc. has been circulated to the full Court. The taking of a vote was requested. Thereafter, a majority of the judges of the Court in regular active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *en banc*, that the suggestion is granted and this matter will be reheard by the Court sitting *en banc*, and it is

FURTHER ORDERED, by the Court *en banc*, that the opinion and judgment of December 2, 1986, 806 F.2d 1071 be, and the same hereby are, vacated.

A future order will govern further proceedings.